#60531
FILED
2010 FEB 25 PM 2:53
CLERK U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CANTON

(04-66386)   MICHAEL & PENNY THOMPSON
             CREDITOR DID NOT CASH CHECK
             CHECK #413856 FOR $11.96
             AMERICAN TAX FUNDING
             C/O JOHN N. ZOMOIDA
             100 FEDERAL PLAZA EAST
             YOUNGSTOWN, OH 44703-1893

05-66419     JAMES DUNBAR
             CREDITOR DID NOT CASH CHECK
             CHECK #413857 FOR $149.98
             AMERICAN TAX FUNDING LLC
             C/O STARK COUNTY TREASURER
             110 CENTRAL PLAZA SUITE 250
             CANTON, OH 44702

05-66419     JAMES DUNBAR
             CREDITOR DID NOT CASH CHECK
             CHECK #413858 FOR $98.03
             AMERICAN TAX FUNDING LLC
             C/O STARK COUNTY TREASURER
             110 CENTRAL PLAZA SUITE 250
             CANTON, OH 44702

05-66419     JAMES DUNBAR
             CREDITOR DID NOT CASH CHECK
             CHECK #413859 FOR $39.06
             AMERICAN TAX FUNDING LLC
             C/O STARK COUNTY TREASURER
             110 CENTRAL PLAZA SUITE250
             CANTON, OH 44702

~~04063232~~
04-63232     ALAN & STACIA HEDRICK
             CREDITOR DID NOT CASH CHECK
             CHECK #413860 FOR $352.78
             COUNTRYWIDE HOME LOANS
             7105 CORPORATE DRIVE
             MAIL STOP: PTX B 209
             PLANO, TX 75024